IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA, :
:
       Plaintiff, : CR-2-11-133
: JUDGE MARBLEY
  v. :
:
KEVIN R. WEINER, :
:
       Defendant. :

## FINAL ORDER OF FORFEITURE

WHEREAS, on March 28, 2012, this Court entered a Consent Order of Forfeiture, ordering the above-named Defendant Kevin R. Weiner to forfeit to the United States the Defendant's interest in the property subject to forfeiture in Forfeiture A of the Information pursuant to 18 U.S.C. §§2253(a)(1) and (3) and 18 U.S.C. §2428(a)(1);

WHEREAS, for 30 consecutive days beginning April 13, 2012, the United States published notice of this forfeiture on the government's internet site www.forfeiture.gov, which provided potential claimants notice of this forfeiture and of the intent of the United States to dispose of the forfeited property in accordance with the law and further notifying all third parties of their right to petition the Court within sixty (60) days of the initial publication date for a hearing to adjudicate the validity of their alleged legal interest in the property. There are no parties known to the United States who may have interest in the subject property;

WHEREAS, on March 14, 2012, this Court held Defendant Kevin R. Weiner's sentencing hearing and verbally pronounced the forfeiture of the subject property and thereafter on March 23, 2012, issued its Judgment ordering Defendant Kevin R. Weiner to forfeit to the United States the property described herein;

WHEREAS, no petitions asserting a legal interest in the forfeited property were filed and the time for the filing of such petitions has expired;

WHEREAS, the Court finds that Defendant Kevin R. Weiner had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. §2253(a)(1) and (3) and 18 U.S.C. §2428(a)(1) for violations of 18 U.S.C. §2422(b);

**NOW THEREFORE, IT IS HEREBY, ORDERED, ADJUDGED AND DECREED:**

1. That all right, title and interest in and to the hereinafter described property be and is hereby **FORFEITED** to the United States of America, said property being described as:

   (A) All matter containing said visual depictions or child pornography and child erotica, transported, mailed, shipped, and possessed in violation of 18 U.S.C. §2422(b); and

   (B) All property used and intended to be used to commit and to promote the commission of the aforementioned violation, including but not limited to the following:

   (1) One (1) Compaq laptop computer, no Serial Number, including its contents;

   (2) One (1) WD 80gb hard-drive, SN: WD-WXCZ07342530, including its contents; and,

(3) **One (1) Sprint LG cellular telephone, including its contents.**

2. That Immigration and Customs Enforcement / Homeland Security Investigations shall dispose of the property according to law.

3. That any and all claims and interests in and to the above described forfeited property are forever barred and no right, title or interest in the forfeited property shall exist in any other person or entity, and the United States of America shall have clear title to said property and may warrant good title thereto.

**ORDERED** this _____ day of _____, 2012.

_____
HONORABLE ALGENON L. MARBLEY
UNITED STATES DISTRICT COURT JUDGE